IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

1800 Diagonal Lending LLC, f/k/a
Sixth Street Lending, LLC
    Plaintiff,

v.                                      Civil No. 1:23cv1150 (DJN)

American International Holdings Corp.,
    Defendant.

**FINAL ORDER**
**(Adopting Report and Recommendation)**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge entered on February 29, 2024, (ECF No. 31), which recommended that Plaintiff's Motion for Default Judgment (ECF No. 24) be granted. The time to file objections has expired and neither party has objected to the Report and Recommendation.

Having considered the matter and deeming it otherwise proper and just to do so, the Court hereby ORDERS that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 31) is ACCEPTED and ADOPTED as the OPINION of the Court;

2. Plaintiff's Motion for Default Judgment (ECF No. 24) is hereby GRANTED;

3. Plaintiff's Motion to Remand to State Court (ECF No. 9) is hereby DENIED as moot;

4. This case is now CLOSED.

Let the Clerk file this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                           /s/
                                                    David J. Novak
                                                    United States District Judge

Alexandria, Virginia
Dated: April 16, 2024